■ In the Matter of the Claim of SUSAN M. KIMBLE, Appellant. COMMISSIONER OF LABOR, Respondent. [14 NYS3d 922]—Appeal from a decision of the Unemployment Insurance Appeal

Board, filed September 10, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Garry, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.